Debbie P. Kirkpatrick, Esq. (SBN 207112)
Damian P. Richard, Esq. (SBN 262805)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA  92108-3426
Tel:   619/758-1891
Fax:   619/296-2013
dkirkpatrick@sessions-law.biz
drichard@sessions-law.biz

Attorney for Comenity Bank

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATIE GUSAR,<br><br>          Plaintiff,<br>     vs.<br><br>COMENITY BANK,<br><br>          Defendant.<br>_____ | Case No.: 14-cv-02762 TLN-DAD<br><br>STIPULATION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT AND ORDER |

It is hereby stipulated by Plaintiff Katie Gusar and Defendant Comenity

Bank, through undersigned counsel, that Comenity Bank shall have a three-week

extension of time to respond to the complaint, to and including December 22,

2014.

///

///

Stipulation for Extension of Time to Respond to Complaint
and Order

1

Removal of this action was filed on November 24, 2014.  There have been no prior extensions, and this extension will not alter any dates set by the Court.

IT IS SO STIPULATED.

Dated: 12/4/14          LAW OFFICES OF TODD M. FRIEDMAN, P.C.

                        */s/Todd Friedman*
                        Todd Friedman
                        Attorney for Plaintiff
                        Katie Gusar

Dated: 12/4/14          SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

                        */s/Debbie P. Kirkpatrick*
                        Debbie P. Kirkpatrick
                        Attorney for Defendant
                        Comenity Bank

IT IS SO ORDERED.

Dated:  December 11, 2014

Troy L. Nunley
United States District Judge