Todd M. Friedman, Esq. (216752)
Law Offices of Todd M. Friedman, P.C.
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Phone: (877) 206-4741
Fax: (866) 633-0228
tfriedman@AttorneysForConsumers.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KATIE GUSAR,** | Case No.  2:14-cv-02762-TLN-DAD |
| Plaintiff, | **JOINT STIPULATION TO DISMISS WITH PREJUDICE** |
| vs. | |
| **COMENITY BANK,** | |
| Defendant. | |

NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss this matter with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and attorney fees.   A proposed order has been concurrently submitted to this Court via email.

Respectfully submitted this 24th day of March, 2015

By: s/Todd M. Friedman, Esq.
TODD M. FRIEDMAN
Attorney for Plaintiff

Sessions, Fishman, Nathan & Israel, LLP
By: s/Debbie P. Kirkpatrick
Debbie P. Kirkpatrick
Attorney for Defendant

Filed electronically on this 24th day of March, 2015, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Judge Troy L. Nunley
United States District Court
Eastern District of California

Debbie P. Kirkpatrick
Sessions Fishman Nathan & Israel, LLP

This 24th day of March, 2015.
s/Todd M. Friedman
TODD M. FRIEDMAN